# Court of Appeals
# of the State of Georgia

ATLANTA, May 17, 2022

*The Court of Appeals hereby passes the following order*

**A22I0175. BOOSTER ENTERPRISES, INC. v. HOMELAND INSURANCE COMPANY OF NEW YORK, A/S/O CENTENNIAL ELEMENTARY SCHOOL PTA, INC. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2021CV1994



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, May 17, 2022.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*